UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LANELL PIERCY, WILLA G. WARD, THOMAS L. MAZZEO, and SUE RUSH, individually and as representatives on behalf of a class of similarly situated persons,<br><br>    Plaintiffs<br><br>        v.<br><br>AT&T INC.<br>P.O. Box 132160<br>Dallas, Texas 75313-2160,<br><br>AT&T SERVICES, INC.<br>P.O. Box 132160<br>Dallas, Texas 75313-2160,<br><br>-and-<br><br>STATE STREET GLOBAL ADVISORS TRUST CO.<br>1 Iron Street<br>Boston, Massachusetts 02210-1641,<br><br>    Defendants. | Case No. 1:24-cv-10608-NMG |

**NOTICE OF FORTHCOMING AMENDED COMPLAINT**

Plaintiffs file this notice simultaneously with their Memorandum of Law in Opposition to Defendants' Opposed Motion to Seal Certain Exhibits in Support of Their Motions to Dismiss Plaintiffs' Complaint. *See* ECF No. 49. For the sake of judicial economy, Plaintiffs hereby notify the Court of their intention to file an amended complaint in this action on or before June 26, 2024, in accordance with Federal Rule of Civil Procedure 15(a)(1)(B). The amended complaint will be accompanied by a request to consolidate this action with *Schloss et al. v. AT&T Inc. et al.*, No. 1:24-cv-10656-FDS (D. Mass. filed March 15, 2024), and it will be styled a consolidated

complaint. The filing of the amended complaint will have the effect of mooting Defendants' motions to dismiss, which are intertwined with their motion to seal. *See Lee v. Bank of Am.*, No. 23-10714-FDS, 2023 WL 3572422, at *1 (D. Mass. May 19, 2023).

Dated: June 20, 2024

/s/ Douglas S. Brooks
Douglas S. Brooks (Bar No. 636697)
Elizabeth N. Mulvey (Bar No. 542091)
LIBBY HOOPES BROOKS & MULVEY, P.C.
260 Franklin Street
Boston, MA  02110
(617) 338-9300
(617) 338-9911
dbrooks@lhbmlegal.com
emulvey@lhbmlegal.com

*Attorneys for Plaintiffs*

/s/ Cyril V. Smith
Cyril V. Smith (admitted *pro hac vice*)
ZUCKERMAN SPAEDER LLP
100 E. Pratt Street, Suite 2440
Baltimore, MD  21202
(410) 949-1145
(410) 659-0436 (Fax)
csmith@zuckerman.com

Bryan M. Reines (admitted *pro hac vice*)
ZUCKERMAN SPAEDER LLP
1800 M Street N.W., Suite 10000
Washington, D.C. 20036
(202) 778-1846
(202) 822-8106 (Fax)
breines@zuckerman.com

*Attorneys for Plaintiffs*

/s/ Edward Stone
Edward Stone (admitted *pro hac vice*)
EDWARD STONE LAW P.C.
175 W. Putnam Ave., 2nd Floor
Greenwich, CT 06830

(203) 504-8425
(203) 348-8477 (Fax)
eddie@edwardstonelaw.com

*Attorney for Plaintiffs*

<u>*/s/ Elizabeth Hopkins*</u>
Elizabeth Hopkins (admitted *pro hac vice*)
Susan L. Meter (admitted *pro hac vice*)
KANTOR & KANTOR LLP
19839 Nordhoff St.
Northridge, CA 91324
(818) 886-2525
(818) 350-6272 (Fax)
ehopkins@kantorlaw.net
smeter@kantorlaw.net

*Attorneys for Plaintiffs*

3

## CERTIFICATE OF SERVICE

    I, Douglas S. Brooks, hereby certify pursuant to Local Rule 7.1(c) that on June 20, 2024, I caused the foregoing document, titled "Notice of Forthcoming Amended Complaint" to be filed electronically using the Court's CM/ECF system, which will send notification of such filing to all parties via their counsel of record in the above-captioned case. No named parties are unrepresented in this action.

Dated: June 20, 2024                                          /s/ *Douglas S. Brooks*
                                                                                 Douglas S. Brooks