**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| LANELL PIERCY, WILLA G. WARD, THOMAS L. MAZZEO, SUE RUSH, CATHERINE SCHLOSS, PATRICIA TATE-JACKSON, and DARLENE WILSON, individually and as representatives on behalf of a class of similarly situated persons,<br><br>            Plaintiffs,<br><br>   v.<br><br>AT&T INC., AT&T SERVICES, INC., THE BENEFIT PLAN INVESTMENT COMMITTEE, PASCAL DESROCHES, GEORGE GOEKE, DEBRA DIAL, WILLIAM HAMMOND, JULIANNE GALLOWAY, STATE STREET GLOBAL ADVISORS TRUST CO., and DENISE R. SISK,<br><br>            Defendants. | Case No. 1:24-cv-10608-NMG |

## <u>NOTICE OF CHANGE OF ADDRESS</u>

To the clerk of court and all parties of record:

Please take notice that effective immediately, Benjamin S. Reilly, counsel of record

for  Defendants Denise R. Sisk and State Street Global Advisors Trust Co., has changed his

mailing address. His new address information is as follows:

Benjamin S. Reilly
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210

His telephone number, (771) 200-2050, and email address, breilly@goodwinlaw.com,

remain unchanged.

Dated: July 22, 2026
                                               */s/ Benjamin S. Reilly*
                                               Benjamin S. Reilly

GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
Telephone: (771) 200-2050
breilly@goodwinlaw.com

**CERTIFICATE OF SERVICE**

I, Benjamin S. Reilly, certify that a copy of the foregoing document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on July 22, 2026.


Dated: July 22, 2026

*/s/ Benjamin S. Reilly*
Benjamin S. Reilly