UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LANELL PIERCY, WILLA G. WARD, THOMAS L. MAZZEO, SUE RUSH, CATHERINE SCHLOSS, PATRICIA TATE-JACKSON, and DARLENE WILSON, individually and as representatives on behalf of a class of similarly situated persons,

Plaintiffs,

v.

AT&T INC., AT&T SERVICES, INC., THE BENEFIT PLAN INVESTMENT COMMITTEE, PASCAL DESROCHES, GEORGE GOEKE, DEBRA DIAL, WILLIAM HAMMOND, JULIANNE GALLOWAY, STATE STREET GLOBAL ADVISORS TRUST CO., and DENISE R. SISK,

Defendants.

Case No. 1:24-cv-10608-NMG

**PARTIES' JOINT MOTION TO CERTIFY ORDER FOR INTERLOCUTORY APPEAL UNDER 28 U.S.C. § 1292(b) AND FOR ENTRY OF A PARTIAL FINAL JUDGMENT UNDER FED. R. CIV. P. 54(b)**

The Parties to this case hereby jointly move the Court to (1) certify its September 28, 2026 Order (ECF No. 186) granting in part and denying in part SSGA Trust Co.'s[1] motion to dismiss for interlocutory appeal pursuant to 28 U.S.C. § 1292(b) and (2) enter partial final judgment on its ruling granting AT&T's[2] motion to dismiss pursuant to Fed. R. Civ. P. 54(b).

[1] This Motion refers to Defendants State Street Global Advisors Trust Co. and Denise R. Sisk as "SSGA Trust Co.".
[2] This motion refers to AT&T Inc., AT&T Services, Inc., the Benefit Plan Investment Committee, Pascal Desroches, George Goeke, Debra Dial, William Hammond, and Julianne Galloway as "AT&T."

The grounds for the Motion are set forth in the accompanying Memorandum of Law.

Dated: November 18, 2026

Respectfully submitted,

*/s/ James O. Fleckner*

James O. Fleckner
Alison V. Douglass
Benjamin S. Reilly
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
Tel: (617) 570-1000
Fax: (617) 523-1231
JFleckner@goodwinlaw.com
ADouglass@goodwinlaw.com
BReilly@goodwinlaw.com

*Counsel for State Street Global Advisors Trust Company and Denise R. Sisk*

*/s/ Meaghan VerGow*

O'MELVENY & MYERS LLP
Meaghan VerGow (*pro hac vice*)
Brian D. Boyle (*pro hac vice*)
Shannon M. Barrett (*pro hac vice*)
1625 Eye Street, NW
Washington, DC 20006–4001
Tel: (202) 383–5300
Fax: (202) 383–5414
mvergow@omm.com
bboyle@omm.com
sbarrett@omm.com

O'MELVENY & MYERS LLP
William Pollak (*pro hac vice*)
1301 Avenue of the Americas
New York, NY 10019
Tel: (212) 326–2000
Fax: (212) 326–2061
wpollak@omm.com

NUTTER, McCLENNEN & FISH LLP
Ian D. Roffman, BBO# 637564
Mark C. Jensen, BBO# 646662
155 Seaport Blvd.
Boston, MA 02210
Tel: (617) 439–2000
Fax: (617) 310–9000
iroffman@nutter.com
mjensen@nutter.com

*Counsel for the AT&T Defendants*

/s/ *Cyril Smith*
Cyril V. Smith*
ZUCKERMAN SPAEDER LLP
100 E. Pratt Street, Suite 2440
Baltimore, MD 21202
(410) 949-1145, (410) 659-0436 (fax)
csmith@zuckerman.com

/s/ *Rebecca Tweedie*
Rebecca Tweedie*
ZUCKERMAN SPAEDER LLP
2100 L Street N.W., Suite 400
Washington, D.C. 20037
(202) 778-1896, (202) 822-8106 (fax)
rtweedie@zuckerman.com

/s/ *Edward Stone*
Edward Stone*
EDWARD STONE LAW P.C.
175 W. Putnam Ave., 2nd Floor
Greenwich, CT 06830
(203) 504-8425, (203) 348-8477 (fax)
eddie@edwardstonelaw.com

/s/ *Elizabeth Hopkins*
Elizabeth Hopkins
HOPKINS ERISA LAW

/s/ *Jerome Schlichter*
SCHLICHTER BOGARD LLP
Jerome J. Schlichter, MO No. 32225*
Sean E. Soyars, MO No. 57317*
Kurt C. Struckhoff, MO No. 61873*
100 South Fourth Street, Suite 1200
St. Louis, Missouri 63102
(314) 621-6115, (314) 621-7151 (fax)
jschlichter@uselaws.com
ssoyars@uselaws.com
kstruckhoff@uselaws.com

/s/ *Douglas Brooks*
Douglas S. Brooks, MA Bar No. 636697
Elizabeth N. Mulvey, MA Bar No. 542091
LIBBY HOOPES BROOKS & MULVEY, P.C.
260 Franklin St.
Boston, MA 02110
(617) 338-9300
(617) 338-9911
dbrooks@lhbmlegal.com
emulvey@lhbmlegal.com

*Attorneys for Plaintiffs*

12123 Laurel Terrace Dr.
Studio City, CA 91604
(301) 938-7516
hopkinserisalaw@outlook.com

* appearing *pro hac vice*

## CERTIFICATE OF SERVICE

I, James O. Fleckner, certify that a copy of the foregoing document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on November 18, 2026.

Dated: November 18, 2026

/s/ *James O. Fleckner*
James O. Fleckner

## LOCAL RULE 7.1(A)(2) CERTIFICATE

I, James O. Fleckner, hereby certify that counsel for the parties conferred regarding the relief requested in the foregoing motion, and the parties join in the relief sought.

Dated: November 18, 2026

/s/ *James O. Fleckner*
James O. Fleckner