UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LANELL PIERCY, WILLA G. WARD, THOMAS L. MAZZEO, SUE RUSH, CATHERINE SCHLOSS, PATRICIA TATE-JACKSON, and DARLENE WILSON, individually and as representatives on behalf of a class of similarly situated persons,

Plaintiffs,

v.

AT&T INC., AT&T SERVICES, INC., THE BENEFIT PLAN INVESTMENT COMMITTEE, PASCAL DESROCHES, GEORGE GOEKE, DEBRA DIAL, WILLIAM HAMMOND, JULIANNE GALLOWAY, STATE STREET GLOBAL ADVISORS TRUST CO., and DENISE R. SISK,

Defendants.

Case No. 1:24-cv-10608-NMG

**[PROPOSED] ORDER GRANTING THE PARTIES' JOINT MOTION TO CERTIFY ORDER FOR INTERLOCUTORY APPEAL UNDER 28 U.S.C. § 1292(b) AND FOR ENTRY OF A PARTIAL FINAL JUDGMENT UNDER FED. R. CIV. P. 54(b)**

WHEREAS, Plaintiffs filed their operative Amended Consolidated Class Action Complaint in this action on October 29, 2025 (ECF No. 146, the "Amended Complaint");

WHEREAS, On November 19, 2025, Defendants AT&T[1] and SSGA Trust Co.[2] moved to dismiss the Amended Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and

[1] This Order refers to Defendants AT&T Inc., AT&T Services, Inc., the Benefit Plan Investment Committee, Pascal Desroches, George Goeke, Debra Dial, William Hammond, and Julianne Galloway as "AT&T."
[2] This Order refers to Defendants State Street Global Advisors Trust Co. and Denise R. Sisk as "SSGA Trust Co.".

12(b)(6) (ECF Nos. 149, 152);

WHEREAS, on August 31, 2026, Magistrate Judge Levenson issued a Report and Recommendation to grant AT&T's motion to dismiss and to grant in part and deny in part SSGA Trust Co.'s motion to dismiss (ECF No. 179);

WHEREAS, on September 28, 2026, this Court adopted in full Magistrate Judge Levenson's Report and Recommendation and entered an Order granting AT&T's motion and granting in part and denying in part SSGA Trust Co.'s motion (ECF No. 186, the "Order");

WHEREAS, on November 18, 2026, the Parties filed a Joint Motion to Certify Order for Interlocutory Appeal under 28 U.S.C. § 1292(b) and for Entry of a Partial Final Judgment Under Fed. R. Civ. P. 54(b) and the Parties' Memorandum of Law in Support;

WHEREAS, the Court, having reviewed and considered the Parties' Joint Motion and Memorandum of Law in Support, finds that certification of the Order as to the question of Plaintiffs' standing and Count IV of the Amended Complaint is appropriate for interlocutory appeal under 28 U.S.C. § 1292(b) and that pursuant to Fed. R. Civ. P. 54(b) there is no just reason for delay of an immediate appeal of all other issues decided by the Order;

IT IS HEREBY ORDERED:

1. The Court's Order at ECF No. 186 is certified with respect to both Article III standing and Count IV of the Amended Complaint for interlocutory appeal under 28 U.S.C. § 1292(b).

2. The Court orders and directs the Clerk of Court to enter a final judgment dismissing Plaintiffs' claims against AT&T in Counts I–III, V–VII, and X of the Amended Complaint.

It is SO ORDERED.

Dated: _______________, 2026

*/s/* ________________________________
Hon. Nathaniel M. Gorton
United States District Judge